FILED

04/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0406

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0406

———————————

MONTANA TROUT UNLIMITED, MONTANA
ENVIRONMENTAL INFORMATION CENTER,
TROUT UNLIMITED, EARTHWORKS,
and AMERICAN RIVERS,

       Plaintiffs and Appellees,

v.

MONTANA DEPARTMENT OF
ENVIRONMENTAL QUALITY and TINTINA
MONTANA INC.,                                  O R D E R

       Defendants and Appellants,

    AND

STATE OF MONTANA, by and through THE
OFFICE OF THE ATTORNEY GENERAL, and
MEAGHER COUNTY AND BROADWATER
COUNTY,

       Defendants-Intervenors and Appellants.

———————————

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Wednesday, June 21, 2023, at 9:30 a.m. in the courtroom of the Montana Supreme Court, Joseph P. Mazurek Justice Building, Helena, Montana.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for the Appellants and thirty (30) minutes for the Appellees.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Katherine M. Bidegaray, District Judge.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 28 2023